HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 104
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEROY WEBER,<br><br>　　　　　　　　Defendants. | CASE NO. 2:17-CR-00188-JAM<br><br>APPLICATION AND ORDER FOR APPOINTMENT OF ADDITIONAL COUNSEL |

Defendant, Leroy Weber, hereby applies for the appointment of additional counsel in the above-entitled case, under Criminal Justice Act (CJA) Guidelines, Guide to Judiciary Policy, Vol. 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel, § 230.53.20, which provides in pertinent part:

> (a) In an extremely difficult case where the court finds it in the interest of justice to appoint an additional attorney, each attorney is eligible to receive the maximum compensation allowable under the CJA.
>
> (b) The finding of the court that the appointment of an additional attorney in a difficult case was necessary and in the interest of justice must appear on the Order of Appointment.

This case is extremely difficult in terms of amount of discovery and complexity of the issues. The Government has three attorneys dedicated to this case. The Federal Defender's Office, representing co-defendant, Kenneth Keyes, also has three attorneys on the case. This demonstrates the complexity of the case. It would be in the interest of justice to appoint a second attorney to assist in the preparation and presentation of the case at trial.

I am requesting that the Court appoint CJA panel member Peter Kmeto as second counsel to represent Mr. Weber in this case. He is available to take the appointment and has agreed to do so.

Dated: January 9, 2020                              Respectfully submitted,

/s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Leroy Weber

## ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints Peter Kmeto as second counsel in the above-captioned matter. The Court further finds that the appointment of an additional attorney in this difficult case is necessary and in the interest of justice.

Dated:  1/10/2020                              /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE